IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ISAIAH MARTIN, et al., o/b/o themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 19-00063-CV-W-ODS |
| vs. | )<br>) |
| SAFE HAVEN SECURITY SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

## ORDER (1) GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME, AND (2) STRIKING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

Pending are Plaintiffs' Motion for Extension of Time (Doc. #88) and Plaintiffs' Motion for Leave to Amend Complaint (Doc. #93).

### I. Motion for Extension of Time

In its February 4, 2020 Order, the Court, among other things, directed Plaintiffs to provide amended responses and answers to Defendant's discovery requests and executed releases for cellular telephone records by February 28, 2020. Doc. #79. According to Plaintiffs, fifty-six of the ninety Plaintiffs have provided compliance responses and answers to Defendant's discovery requests, and twenty-seven releases for cellular telephone records have been executed. Doc. #88, at 1-2. Plaintiffs request an additional thirty days to fully comply with the Court's Order. *Id.* In opposition to Plaintiffs' request, Defendant argues the Court's Order contained "explicit instructions" and Defendant is prejudiced "by Plaintiffs' refusal to produce records essential to the case." Doc. #91, at 2-3. The Court overrules Defendant's objections and grants Plaintiffs' request. By no later than March 30, 2020, Plaintiffs shall produce compliant answers and responses to Defendant's discovery requests and executed releases for cellular telephone records.

## II. Motion for Leave to Amend Complaint

On March 5, 2020, Plaintiffs filed a motion seeking leave to amend their complaint. Doc. #93. Without obtaining leave of Court, Plaintiffs filed the motion under seal. Pursuant to Court's CM/ECF Administrative Procedures Manual and the Protective Order entered in this matter (Doc. #22, at 4), a party must first obtain leave of Court before filing any document under seal. Because Plaintiffs failed to obtain leave to file their motion under seal, the Court strikes Plaintiffs' motion (Doc. #93).

Plaintiffs may seek leave to file their motion for leave to amend and/or attachments thereto under seal, or they may publicly file their motion for leave to amend and attachments thereto. Plaintiffs should be mindful of the Court's Privacy Notice, which limits personal data included publicly filed documents. *See* www.mow.uscourts.gov/sites/mow/files/AdministrativeGuideandUserManual.pdf, at 10-11 (last visited Mar. 9, 2020).

IT IS SO ORDERED.

DATED: March 9, 2020
         /s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT