**EXHIBIT 5**

## HIGHEST MISSOURI RATES

| RANK | FIRM | HOURLY RATE | NAME | TITLE | CITY | PRACTICE |
|---|---|---|---|---|---|---|
| 1 | Gray, Ritter & Graham | $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL |
| 1 | Stueve Siegel Hanson | $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL |
| 4 | Holland Law Firm | $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL |
| 5 | Gray, Ritter & Graham | $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL |
| 5 | Stueve Siegel Hanson | $825 | Steve Six | Partner | Kansas City | Class Action/MDL |
| 7 | Shook, Hardy & Bacon | $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action |
| 8 | Stinson Leonard Street | $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL |
| 9 | Shamberg, Johnson & Bergman | $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL |
| 9 | Stueve Siegel Hanson | $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL |
| 9 | Walters Bender Strohbehn & Vaughan | $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL |
| 12 | Gray, Ritter & Graham | $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL |
| 12 | Stueve Siegel Hanson | $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL |
| 14 | Shook, Hardy & Bacon | $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action |
| 15 | Miller Schirger | $675 | John Schirger | Partner | Kansas City | Class Action/MDL |
| 15 | Miller Schirger | $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL |
| 15 | Paul LLP | $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL |
| 18 | Paul LLP | $650 | Rick Paul | Partner | Kansas City | Class Action/MDL |
| 19 | Armstrong Teasdale | $645 | Scott Hunt | Partner | St. Louis | Bankruptcy |
| 19 | Armstrong Teasdale | $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract |
| 19 | Thompson Coburn | $645 | Mark Bossi | Partner | St. Louis | Bankruptcy |

| IN-STATE | | | | | |
|---|---|---|---|---|---|
| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
| **ACCESS DISABILITY** | | | | | |
| $202 | David D. Camp | Partner | St. Louis | Social Security Disability | 2019 |
| **AFFINITY LAW GROUP** | | | | | |
| $315 | J. Talbot Sant Jr. | Of Counsel | St. Louis | Bankruptcy | 2019 |
| **ALLIANCE DEFENDING FREEDOM** | | | | | |
| $495 | Erik Stanley | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| $450 | Joel Oster | Senior Counsel | Leawood, Kansas | First Amendment Litigation | 2018 |
| **ARMSTRONG TEASDALE** | | | | | |
| $645 | Scott Hunt | Partner | St. Louis | Bankruptcy | 2019 |
| $645 | William M. Corrigan Jr. | Partner | St. Louis | Breach of Contract | 2019 |
| $605 | David Going | Partner | St. Louis | Bankruptcy | 2019 |
| $605 | Richard Engel Jr. | Partner | St. Louis | Bankruptcy | 2019 |
| $485 | Jeffrey L. Schultz | Partner | St. Louis | Breach of Contract | 2019 |
| $455 | Scott Jansen | Partner | St. Louis | Bankruptcy | 2019 |
| $425 | Eric Walter | Partner | St. Louis | Breach of Contract | 2019 |
| $325 | Ben Musholt | Associate | Jefferson City | Bankruptcy | 2019 |
| $325 | Erin Edelman | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | John Willard | Associate | St. Louis | Bankruptcy | 2019 |
| $325 | Lucas Pendry | Associate | St. Louis | Breach of Contract | 2019 |
| $295 | John Moore | Associate | St. Louis | Bankruptcy | 2019 |
| $275 | Patricia Beckerle | Associate | St. Louis | Bankruptcy | 2019 |
| $260 | Han Liu | Associate | St. Louis | Bankruptcy | 2019 |
| $215 | Theresa Ritter | Paralegal | St. Louis | Bankruptcy | 2019 |
| $180 | Brandi Vogt | Paralegal | St. Louis | Bankruptcy | 2019 |
| $150 | Barbara Bathe | Specialist | St. Louis | Bankruptcy | 2019 |
| $150 | Julia Renaud | Specialist | St. Louis | Bankruptcy | 2019 |
| $125 | Susan Williams-Umstead | Paralegal | Kansas City | Bankruptcy | 2019 |
| **BARRY S. GINSBURG, ATTORNEY AT LAW** | | | | | |
| $275 | Barry S. Ginsburg | Attorney | St. Louis | Breach of Contract | 2018 |
| **BRATCHER GOCKEL LAW** | | | | | |
| $500 | Lynne Bratcher | Partner | Kansas City | Employment | 2018 |
| $500 | Marie Gockel | Partner | Kansas City | Employment | 2018 |
| $150 | Mike Bell | Paralegal | Kansas City | Employment | 2018 |
| **BROWN & RUPRECHT** | | | | | |
| $300 | Frank Wendt | Partner | Kansas City | Business Litigation | 2018 |
| $195 | Kurt S. Brack | Partner | Kansas City | Business Litigation | 2018 |
| $85 | N/A | Paralegal | Kansas City | Business Litigation | 2018 |

| IN-STATE | | | | | |
|---|---|---|---|---|---|
| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
| **BROWN & WATKINS** | | | | | |
| $550 | C. Jason Brown | Partner | Gower | Class Action | 2019 |
| $550 | Jayson Watkins | Partner | Gower | Class Action | 2019 |
| $100 | N/A | Paralegal | Gower | Class Action | 2019 |
| **CARMODY MACDONALD** | | | | | |
| $395 | Robert E. Eggmann | Principal | St. Louis | Bankruptcy | 2019 |
| $385 | Spencer Desai | Partner | St. Louis | Bankruptcy | 2019 |
| **COVER & HILTON** | | | | | |
| $200 | Cary V. Cover | Partner | Clinton | Receivership | 2019 |
| **DANNA MCKITRICK** | | | | | |
| $385 | A. Thomas DeWoskin | Principal | St. Louis | Bankruptcy | 2019 |
| **DAVID SCHROEDER LAW OFFICE** | | | | | |
| $300 | David Schroeder | Attorney | Springfield | Bankruptcy | 2019 |
| **DAVIS GEORGE MOOK** | | | | | |
| $575 | Tracey F. George | Partner | Kansas City | Class Action | 2019 |
| **DENNIS W. FOX & ASSOCIATES** | | | | | |
| $201 | Jennifer Van Fossen | Attorney | St. Louis | Social Security Disability | 2019 |
| **DOBSON, GOLDBERG, BERNS & RICH** | | | | | |
| $450 | Johnathan C. Berns | Partner | St. Louis | Employment | 2018 |
| **FISHER PATTERSON SAYLER & SMITH** | | | | | |
| $160 | Lawrence Pratt | Partner | St. Louis | Litigation | 2019 |
| **FOULSTON SIEFKIN** | | | | | |
| $525 | Scott Nehrbass | Partner | Kansas City, Kansas | ERISA Class Action | 2018 |
| $415 | J. Steven Massoni | Special Counsel | Kansas City, Kansas | ERISA Class Action | 2018 |
| $300 | Sara Otto | Associate | Kansas City, Kansas | ERISA Class Action | 2018 |
| **FREDRICH J. CRUSE, ATTORNEY AT LAW** | | | | | |
| $225 | Fredrich Cruse | Attorney | Hannibal | Bankruptcy | 2019 |
| $80 | Bobbi Daughtery | Paralegal | Hannibal | Bankruptcy | 2019 |
| **FREEDOM CENTER OF MISSOURI** | | | | | |
| $340 | Dave Roland | Attorney | Mexico | Sunshine Law | 2019 |
| **GHIO LAW FIRM** | | | | | |
| $400 | Matt Ghio | Partner | St. Louis | Employment | 2018 |
| **GOLDSTEIN & PRESSMAN** | | | | | |
| $325 | Norman Pressman | Member | St. Louis | Bankruptcy | 2019 |
| $225 | Robert Breidenbach | Member | St. Louis | Bankruptcy | 2019 |

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **IN-STATE** | | | | | |
| **GORNY LAW FIRM** | | | | | |
| $600 | Steve Gorny | Founding Member | Kansas City | Sunshine Law | 2019 |
| $350 | Chris Dandurand | Attorney | Kansas City | Sunshine Law | 2019 |
| **GRANT, MILLER & SMITH** | | | | | |
| $350 | William Grant | Partner | St. Louis | Family Law | 2019 |
| **GRAVES GARRETT** | | | | | |
| $575 | Todd P. Graves | Partner | Kansas City | Election Law | 2018 |
| $460 | Edward D. Greim | Partner | Kansas City | Election Law | 2018 |
| $305 | Alan T. Simpson | Associate | Kansas City | Election Law | 2018 |
| $175 | Nichole E. Kruger | Paralegal | Kansas City | Election Law | 2018 |
| **GRAY, RITTER & GRAHAM** | | | | | |
| $865 | Don Downing | Director/Shareholder | St. Louis | Class Action/MDL | 2019 |
| $825 | Gretchen Garrison | Principal | St. Louis | Class Action/MDL | 2019 |
| $695 | Jason Sapp | Partner | St. Louis | Class Action/MDL | 2019 |
| $565 | Kaitlin Bridges | Associate | St. Louis | Class Action/MDL | 2019 |
| $400 | Cort VanOstran | Associate | St. Louis | Class Action/MDL | 2019 |
| $330 | Jack Downing | Associate | St. Louis | Class Action/MDL | 2019 |
| $295 | Jackie Statz | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $295 | Judy Stinson | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $225 | Charles Fasterling | Paralegal | St. Louis | Class Action/MDL | 2019 |
| $175 | Cameron Roark | Law Clerk | St. Louis | Class Action/MDL | 2019 |
| **HARLAN STILL & KOCH** | | | | | |
| $207 | Frank Koch | Partner | Columbia | Social Security Disability | 2019 |
| **HEPLERBROOM** | | | | | |
| $360 | Steven M. Wallace | Partner | Edwardsville, Illinois | Bankruptcy | 2019 |
| $200 | Amanda R. McQuaid | Associate | Edwardsville, Illinois | Bankruptcy | 2019 |
| **HERREN, DARE & STREETT** | | | | | |
| $300 | David M. Dare | Partner | St. Louis | Bankruptcy | 2019 |
| **HKM EMPLOYMENT ATTORNEYS** | | | | | |
| $400 | S. Cody Reinberg | Attorney | St. Louis | Employment | 2019 |
| **HOLLAND LAW FIRM** | | | | | |
| $850 | Eric D. Holland Sr. | Partner | St. Louis | Class Action/MDL | 2019 |
| $500 | R. Seth Crompton | Partner | St. Louis | Class Action/MDL | 2019 |
| $250 | Philip Proud | Associate | St. Louis | Class Action/MDL | 2019 |
| **HOLLINGSHEAD & DUDLEY** | | | | | |
| $400 | Jeremy D. Hollingshead | Partner | St. Louis | Employment | 2018 |
| $400 | Nicholas Dudley | Partner | Kansas City | Employment | 2018 |
| $300 | John Moffitt III | Attorney | St. Louis | Employment | 2018 |
| $300 | Katie Rhoten | Associate | St. Louis | Employment | 2018 |
| $200 | Ben Coudret | Associate | St. Louis | Employment | 2018 |
| $100 | Arriana Hayes | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Christopher Sandifer | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Emma Wilson | Law Clerk | St. Louis | Employment | 2018 |
| $100 | Jessica Rials | Paralegal | St. Louis | Employment | 2018 |
| $100 | Melissa Heisner | Paralegal | St. Louis | Employment | 2018 |
| **HOLMAN SCHIAVONE** | | | | | |
| $375 | Ashley Atwell-Soler | Counsel | Kansas City | Employment | 2018 |
| **HUSCH BLACKWELL** | | | | | |
| $505 | Matthew Schelp | Partner | St. Louis | Government Compliance | 2018 |
| $335 | Matthew Diehr | Partner | St. Louis | Government Compliance | 2018 |
| $250 | Grant Ford | Associate | St. Louis | Government Compliance | 2018 |
| **JACOBSON PRESS** | | | | | |
| $400 | Joe Jacobson | Partner | St. Louis | Missouri Securities Act | 2019 |
| $350 | Allen Press | Partner | St. Louis | Missouri Securities Act | 2019 |
| $250 | Matt Vianello | Attorney | St. Louis | Missouri Securities Act | 2019 |
| **JENKINS & KLING** | | | | | |
| $245 | Nancy Stokley Martin | Partner | St. Louis | Banking | 2019 |
| **JOHN LENTELL, ATTORNEY AT LAW** | | | | | |
| $200 | John L. Lentell | Partner | Leawood, Kansas | Bankruptcy | 2019 |
| **JONATHAN STERNBERG ATTORNEY PC** | | | | | |
| $450 | Jonathan Sternberg | Partner | Kansas City | Employment | 2019 |
| **KODNER WATKINS** | | | | | |
| $320 | Albert Watkins | Partner | St. Louis | Litigation | 2019 |
| **LATHROP GAGE** | | | | | |
| $610 | Bernard J. Rhodes | Partner | Kansas City | Sunshine Law | 2019 |
| **LAW OFFICE OF BORIS E. GRAYPEL** | | | | | |
| $300 | Boris Graypel | Partner | St. Louis | Consumer Protection | 2019 |
| **LAW OFFICE OF CHRISTOPHER JONES** | | | | | |
| $300 | Christopher Jones | Partner | Lee's Summit | Slander of Title Action | 2018 |
| **LAW OFFICE OF MARK A. BUCHANAN** | | | | | |
| $450 | Mark Buchanan | Partner | Kansas City | Employment | 2019 |
| **LUNCEFORD LAW FIRM** | | | | | |
| $475 | David A. Lunceford | Partner | Lee's Summit | Employment | 2018 |
| $275 | Rachel Rutter | Associate | Lee's Summit | Employment | 2018 |
| $275 | Taylor Spooner Myers | Associate | Lee's Summit | Employment | 2018 |
| $100 | Bailey Wright | Paralegal | Lee's Summit | Employment | 2018 |
| $100 | Jasmine Ward | Paralegal | Lee's Summit | Employment | 2018 |
| **MARTIN LEIGH** | | | | | |
| $350 | Amy Ryan | Partner | Kansas City | Real Estate | 2019 |
| $350 | Beverly Weber | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | Greg Todd | Partner | Kansas City | Real Estate | 2019 |
| $350 | Thomas Fritzlen | Shareholder | Kansas City | Real Estate | 2019 |
| $350 | William Meyer | Partner | Kansas City | Real Estate | 2019 |
| $110 | Sherri Ratcliffe | Paralegal | Kansas City | Real Estate | 2019 |
| **MEDLER & ROITHER** | | | | | |
| $350 | Jeffrey Medler | Partner | St. Louis | Litigation | 2019 |
| **MEYERS LAW FIRM** | | | | | |
| $600 | Marty Meyers | Partner | Kansas City | Employment | 2019 |
| $390 | Leonard Stephens | Attorney | Kansas City | Employment | 2019 |
| $375 | Heather Hardinger | Attorney | Kansas City | Employment | 2019 |
| $300 | Candice Johnson | Attorney | Kansas City | Employment | 2019 |
| **MILLER SCHIRGER** | | | | | |
| $675 | John Schirger | Partner | Kansas City | Class Action/MDL | 2019 |
| $675 | Matthew Lytle | Partner | Kansas City | Class Action/MDL | 2019 |
| $575 | Joseph Feierabend | Partner | Kansas City | Class Action/MDL | 2019 |
| **NATALIA MCKINSTRY LLC** | | | | | |
| $225 | Natalia McKinstry | Partner | St. Louis | Wrongful Death | 2019 |
| **OGLETREE DEAKINS** | | | | | |
| $285 | James M. Paul | Shareholder | St. Louis | Employment | 2018 |
| $230 | Meredith A. Lopez | Associate | St. Louis | Employment | 2018 |
| **PAUL LLP** | | | | | |
| $675 | John Cracken | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $650 | Rick Paul | Partner | Kansas City | Class Action/MDL | 2019 |
| $500 | Ashlea Schwarz | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $275 | Sue Becker | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Adam Krause | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Robert Kinsman | Associate | Kansas City | Class Action/MDL | 2019 |
| $225 | Steven Rowe | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $185 | Kendra John | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Cam Riemensnider | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Linda Davis | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Melissa Casady | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $175 | Pam Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $150 | Pat Neal | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sydney Estell | Paralegal | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **PAUL LLP (CONT.)** | | | | | |
| $100 | Heather Webb | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $90 | Caroline Abbott | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **PHILLIPS & THOMAS** | | | | | |
| $350 | George J. Thomas | Attorney | Prairie Village, Kansas | Bankruptcy | 2019 |
| **PLAYTER & PLAYTER** | | | | | |
| $300 | Chris Playter | Partner | Lee's Summit | Employment | 2019 |
| $300 | Eric Playter | Partner | Lee's Summit | Employment | 2019 |
| **POLSINELLI** | | | | | |
| $505 | Matthew S. Layfield | Shareholder | St. Louis | Bankruptcy | 2019 |
| $475 | Todd Bartels | Shareholder | Kansas City | Bankruptcy | 2018 |
| $370 | Robert Spake | Shareholder | Kansas City | Bankruptcy | 2018 |
| $330 | Benton Keatley | Associate | Kansas City | Bankruptcy | 2018 |
| $315 | Nicholas A. Griebel | Associate | St. Louis | Bankruptcy | 2019 |
| $225 | Jerry Thies | Senior Paralegal | Kansas City | Bankruptcy | 2018 |
| **POPHAM LAW FIRM** | | | | | |
| $600 | Dennis Egan | Partner | Kansas City | Employment | 2019 |
| $450 | Bert Braud | Partner | Kansas City | Employment | 2019 |
| $250 | Cooper Mach | Attorney | Kansas City | Employment | 2019 |
| $140 | Aly Pack | Paralegal | Kansas City | Employment | 2019 |
| $140 | Nicole Eaton | Paralegal | Kansas City | Employment | 2019 |
| **RICE SPAETH SUMMERS & HEISSERER** | | | | | |
| $250 | John Heisserer | Partner | Cape Girardeau | Personal Injury | 2019 |
| **ROSENBLUM GOLDENHERSH** | | | | | |
| $375 | Jeffrey B. Hunt | Partner | St. Louis | Breach of Contract | 2018 |
| **ROSS & VOYTAS** | | | | | |
| $225 | Ethan William Gee | Attorney | St. Louis | Personal Injury | 2018 |
| $225 | Nathan Ross | Partner | St. Louis | Personal Injury | 2018 |
| $225 | Richard A. Voytas Jr. | Partner | St. Louis | Personal Injury | 2018 |
| **RUNNYMEDE LAW GROUP** | | | | | |
| $425 | Stephen R. Clark | Partner | St. Louis | Breach of Contract | 2018 |
| $250 | Kristen E. Weinberg | Associate | St. Louis | Breach of Contract | 2018 |
| $100 | Chelsea L. Langeneckert | Paralegal | St. Louis | Breach of Contract | 2018 |
| **SEYFERTH BLUMENTHAL & HARRIS** | | | | | |
| $395 | Charlie J. Harris | Partner | Kansas City | Receivership | 2019 |
| $285 | Deena Jenab | Partner | Kansas City | Receivership | 2019 |
| $285 | Kevin Karpin | Partner | Kansas City | Receivership | 2019 |
| $245 | Julie Sims | Associate | Kansas City | Receivership | 2019 |
| $245 | Nick Daugherty | Associate | Kansas City | Receivership | 2019 |
| $125 | Cheri Diaz | Paralegal | Kansas City | Receivership | 2019 |
| $125 | Melissa Miller | Paralegal | Kansas City | Receivership | 2019 |
| **SHAMBERG, JOHNSON & BERGMAN** | | | | | |
| $725 | Lynn Johnson | Partner | Kansas City | Class Action/MDL | 2019 |
| **SHOOK, HARDY & BACON** | | | | | |
| $770 | Stan Sexton | Partner | Kansas City | Public Interest Class Action | 2019 |
| $680 | Andrew Carpenter | Partner | Kansas City | Public Interest Class Action | 2019 |
| $465 | Brent Dwerlkotte | Associate | Kansas City | Public Interest Class Action | 2019 |
| $465 | Russell Shankland | Partner | Kansas City | Public Interest Class Action | 2019 |
| $375 | Britta Stamps | Associate | Kansas City | Public Interest Class Action | 2019 |
| $320 | Emily Sellers | Associate | Kansas City | Public Interest Class Action | 2019 |
| $125 | Patricia Carlson | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |
| $125 | Paul Hoffmeyer | Legal Analyst | Kansas City | Public Interest Class Action | 2019 |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SIMMONS HANLY CONROY** | | | | | |
| $400 | Sarah Burns | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $275 | Gary Payne | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $185 | Eric Disney | Associate | Alton, Illinois | Class Action/MDL | 2019 |
| $125 | Jill Kraus | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| $100 | Julie Bond | Paralegal | Alton, Illinois | Class Action/MDL | 2019 |
| **SPENCER FANE** | | | | | |
| $610 | Kenneth Mason | Partner | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $575 | Scott Goldstein | Partner | Kansas City | Bankruptcy | 2019 |
| $510 | Leslie Greathouse | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $480 | Eric Peterson | Of Counsel | St. Louis | Bankruptcy | 2019 |
| $455 | Beth Miller | Of Counsel | Kansas City | Federal Trade Commission Act | 2018 |
| $455 | Eric L. Johnson | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $415 | W. Joseph Hatley | Partner | Kansas City | Sunshine Law | 2019 |
| $370 | Paul Satterwhite | Partner | Springfield | Federal Trade Commission Act | 2018 |
| $360 | Ryan Hardy | Partner | St. Louis | Bankruptcy | 2019 |
| $350 | Casey Murray | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $330 | Crystal Howard | Of Counsel | Overland Park, Kansas | Federal Trade Commission Act | 2018 |
| $325 | Bryant Lamer | Partner | Kansas City | Federal Trade Commission Act | 2018 |
| $320 | Duval Pierre | Associate | Kansas City | Federal Trade Commission Act | 2018 |
| $295 | Zachary Fairlie | Associate | Kansas City | Bankruptcy | 2019 |
| $270 | Melissa Hinkle | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $240 | Lisa Wright | Paralegal | Kansas City | Bankruptcy | 2019 |
| $230 | Kathie Tatman | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Ronald Griffin | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| $230 | Sarah Estlund | Paralegal | Kansas City | Federal Trade Commission Act | 2018 |
| **STINSON LEONARD STREET** | | | | | |
| $730 | Daniel Bukovac | Partner | Kansas City | Class Action/MDL | 2019 |
| $580 | Thomas Lynn | Partner | Kansas City | Class Action/MDL | 2019 |
| $570 | Charles Hatfield | Partner | Jefferson City | Election Law | 2018 |
| $565 | John Munich | Partner | Jefferson City | Election Law | 2018 |
| $515 | Sarah King | Partner | Kansas City | Class Action/MDL | 2019 |
| $455 | Colin Turner | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Ashley Habiger | Associate | Kansas City | Class Action/MDL | 2019 |
| $405 | Nicholas Hoffman | Associate | Kansas City | Class Action/MDL | 2019 |
| $380 | Jeremy Root | Partner | Jefferson City | Election Law | 2018 |
| $365 | Benjamin Woodard | Associate | St. Louis | Class Action/MDL | 2019 |
| $345 | Christopher Sevedge | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | James Montgomery | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Jessica Pixler | Associate | Kansas City | Class Action/MDL | 2019 |
| $345 | Katherine Bechina | Associate | Kansas City | Class Action/MDL | 2019 |
| $330 | Courtney Harrison | Associate | Kansas City | Class Action/MDL | 2019 |
| $325 | Derek Grutsch | Law Clerk | Kansas City | Class Action/MDL | 2019 |
| $325 | Nicci Warr | Associate | St. Louis | Election Law | 2018 |
| $305 | Steve Froelich | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $305 | Tamara Combs | Associate | Kansas City | Class Action/MDL | 2019 |
| $290 | Erin Naeger | Associate | Kansas City | Election Law | 2018 |
| $280 | Joyce Hart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $280 | Leisa Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $260 | John Benson | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cheri Diaz | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $255 | Cindy Cusimano | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $250 | Patsy Whalen | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $195 | Marsha Presley | Paralegal | Jefferson City | Election Law | 2018 |
| $165 | Renee Henson | Law Clerk | Kansas City | Class Action/MDL | 2019 |

Case 4:19-cv-00063-FJG    Document 165-5    Filed 07/17/20    Page 4 of 5

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **STUEVE SIEGEL HANSON** | | | | | |
| $865 | Norman Siegel | Partner | Kansas City | Class Action/MDL | 2019 |
| $865 | Patrick Stueve | Partner | Kansas City | Class Action/MDL | 2019 |
| $825 | Steve Six | Partner | Kansas City | Class Action/MDL | 2019 |
| $725 | Rachel Schwartz | Partner | Kansas City | Class Action/MDL | 2019 |
| $695 | Bradley Wilders | Partner | Kansas City | Class Action/MDL | 2019 |
| $625 | Stephanie Walters | e-Discovery Counsel | Kansas City | Class Action/MDL | 2019 |
| $625 | Toji Calabro | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $575 | Jeffrey Scurlock | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $550 | Lindsay Perkins | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $495 | Ethan Lange | Associate | Kansas City | Class Action/MDL | 2019 |
| $495 | Larkin Walsh | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $475 | Alexander T. Ricke | Associate | Kansas City | Employment and Labor | 2019 |
| $475 | Austin Moore | Associate | Kansas City | Class Action/MDL | 2019 |
| $475 | Jennifer Carter | Associate | Kansas City | Class Action/MDL | 2019 |
| $450 | David Hickey | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | Curtis Shank | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | James Vaglio | Associate | Kansas City | Class Action/MDL | 2019 |
| $425 | Peter Rupp | Systems Director | Kansas City | Class Action/MDL | 2019 |
| $425 | Sean Cooper | Associate | Kansas City | Class Action/MDL | 2019 |
| $375 | Daniel Shaw | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Ariel Tazkargy | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | John Tompkins | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Matt Cooper | Associate | Kansas City | Class Action/MDL | 2019 |
| $350 | Sam Storrs | Associate | Kansas City | Class Action/MDL | 2019 |
| $295 | Cheri Perez | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Mary Rose Marquart | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Michelle Campbell | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $295 | Sherry Barry | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $275 | Adrian Weiner | IT Manager | Kansas City | Class Action/MDL | 2019 |
| $245 | Erika Reyes | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Janet Switzer | Finance/HR Director | Kansas City | Class Action/MDL | 2019 |
| $245 | Julie Olivas | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Katrina Cervantes | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Lori DeMoss | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Margaret Smith | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Melissa Warner | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $245 | Sheri Williams | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $225 | Ben Stueve | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $225 | Brendan Marquart | Paralegal | Kansas City | Class Action/MDL | 2019 |

## IN-STATE

| RATE / HOUR | NAME | TITLE | CITY | PRACTICE AREA | YEAR |
|---|---|---|---|---|---|
| **SUMMERS COMPTON WELLS** | | | | | |
| $365 | David Sosne | Principal | St. Louis | Bankruptcy | 2019 |
| $350 | Bonnie Clair | Principal | St. Louis | Bankruptcy | 2019 |
| $325 | Brian J. LaFlamme | Principal | St. Louis | Bankruptcy | 2019 |
| $120 | N/A | Paralegal | St. Louis | Bankruptcy | 2019 |
| $100 | N/A | Law Clerk | St. Louis | Bankruptcy | 2019 |
| **THOMPSON COBURN** | | | | | |
| $645 | Mark Bossi | Partner | St. Louis | Bankruptcy | 2019 |
| $490 | Brian Hockett | Partner | St. Louis | Bankruptcy | 2019 |
| **TUETH KEENEY** | | | | | |
| $300 | James Layton | Of Counsel | St. Louis | First Amendment Litigation | 2018 |
| **WALTERS BENDER STROHBEHN & VAUGHAN** | | | | | |
| $725 | Thomas Bender | Partner | Kansas City | Class Action/MDL | 2019 |
| $525 | Dirk Hubbard | Of Counsel | Kansas City | Class Action/MDL | 2019 |
| $400 | Brett Milbourn | Partner | Kansas City | Class Action/MDL | 2019 |
| $400 | Karen Renwick | Partner | Kansas City | Class Action/MDL | 2019 |
| $250 | Brooke Blake | Associate | Kansas City | Class Action/MDL | 2019 |
| $250 | Michael Sichter | Associate | Kansas City | Class Action/MDL | 2019 |
| $250 | Patrick McAndrews | Associate | Kansas City | Class Action/MDL | 2019 |
| $125 | Sarah Stevens | Paralegal | Kansas City | Class Action/MDL | 2019 |
| $125 | Sarah Varney | Paralegal | Kansas City | Class Action/MDL | 2019 |
| **WHITE, GRAHAM, BUCKLEY & CARR** | | | | | |
| $475 | Gene Graham | Partner | Independence | Employment | 2019 |
| **WHITEHEAD LAW FIRM** | | | | | |
| $370 | Michael Whitehead | Principal | Lee's Summit | First Amendment Litigation | 2018 |
| $300 | Jonathan Whitehead | Partner | Lee's Summit | First Amendment Litigation | 2018 |
| **WIRKIN LAW FIRM** | | | | | |
| $300 | Christopher Wirkin | Partner | Kansas City | Slander of Title Action | 2018 |
| **WITHERSPOON LAW GROUP** | | | | | |
| $350 | Nuru Witherspoon | Partner | St. Louis | Wrongful Death | 2019 |

Case 4:19-cv-00063-FJG    Document 165-5    Filed 07/17/20    Page 5 of 5